AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**2002 yellow Volkswagen Beetle with Missouri license plate,          and Vehicle Identification Number (VIN)**

**SEARCH WARRANT**

CASE NUMBER **07 - 3 1 9 - M - 0.1**

TO:   _Special Agent Ryan M. Pardee__   and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Ryan M. Pardee_ who has reason to believe that
(name, description and or location) **A 2002 yellow Volkswagen Beetle with Missouri license plate and Vehicle Identification Number (VIN)** .

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)
**illegal phencyclidine(PCP) and other evidence of an illegal conspiracy to distribute and possess with intent to distribute PCP**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____*July 1, 2007*_____
                                                                                         (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

**JUN 2 1 2007**

_____          at _____, at Washington, D.C.
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE          _____
Name and Title of Judicial Officer          Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br><br>6-21-07 | DATE AND TIME WARRANT EXECUTED<br><br>6-21-07     6:30 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>In vehicle in possession of the<br>FBI - Vehicle processed for forfeiture |
| INVENTORY MADE IN THE PRESENCE OF     Ryan Pardee , Richard Dixon | | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

No items seized

**FILED**

JUL 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature: Ryan Pardee]*

Subscribed, sworn to, and returned before me this date.

*[signature]* _____     7/5/07
                U.S. Judge or U.S. Magistrate Judge          Date

## ATTACHMENT A

(a)    Books, records, receipts, notes, ledgers, and other papers including any computerized or electronic records, relating to the transportation ordering, purchase and distribution of controlled substances, in particular, cocaine, heroin and phencyclidine (PCP)  Schedule I and II controlled substances.

(b)    Address and/or telephone books and papers reflecting names, addresses and/or telephone numbers including computerized or electronic address and/or telephone records.

(c)    Books, records, receipts, bank statements and records money drafts, letters of credit, money orders and cashier's checks, receipts, passbooks, bank checks, and any other items evidencing the obtaining, secreting, transfer, and/or concealment of assets.

(d)    Proceeds of narcotics violations including United States currency, precious metals, jewelry and financial instruments, including but not limited to, stocks and bonds.

(e)    Photographs, in particular, photographs of co-conspirators, of assets, of weapons, and/or of controlled substances, and other documents identifying associates and co-conspirators.

(f)    Indicia of occupancy, residence and/or ownership of the premises, including but not limited to, utility and telephone bills, canceled envelopes and keys.

(g)    Indicia of travel, including, but not limited to, passport, visas, airline tickets, boarding passes, and airline receipts.

(h)    Any and all devices used to store and count money such as safes:  combinations or lock type, and money counting machines.

(i)    Weapons, handguns, and ammunition and any related evidence, such as firearms manuals, original firearms packaging, expended rounds, and gun storage or cleaning materials.

(j)    illegal controlled substances, including cocaine, PCP(phencyclidine), and heroin.

(k)    Indicia of drug trafficking, including, but not limited to, scales, cutting agents,  cutting tools, drug paraphernalia for processing and packaging and/or distributing controlled substances.

(l)    Any locked or closed containers believed to contain any of the above listed evidence.